**In the MATTER OF: Lawrence P. GILLEN, Sr., Deceased.**

**Lawrence Gillen, Jr., Respondent Below, Appellant,**

v.

**Valerie Wojcik and Robert Gillen, Petitioners Below, Appellees.**

**No. 548, 2016**

Supreme Court of Delaware.

Submitted: April 21, 2017

Decided: June 29, 2017

Court Below—Court of Chancery of the State of Delaware, C.A. No. 11003

AFFIRMED.